1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant FELDER
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   No. **CR 04-40144-SBA**
                                  )
12              Plaintiff,        )   ORDER
                                  )
13 vs.                            )
                                  )
14 JOHN MARK FELDER,              )
                                  )
15              Defendant.        )
   _____)
16

17     Following a hearing on this matter, and based upon the agreement of the parties and the

18 sentence of this court, it is hereby

19     ORDERED that Mr. Felder be brought to the United States Courthouse in Oakland,

20 California on Wednesday, April 7, 2010 in his street clothing. Further, it is

21     ORDERED that Mr. Felder be released from the United States Marshals Office on that

22 date, whereupon he is to report immediately to the United States Probation Office who shall

23

24

25

26 //

1

1  facilitate his immediate placement in Residential Drug Treatment pursuant to the Supervised
2  Release Term imposed by this court.
3  DATED: 4/7/10

_____
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE