BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 Clay St. – Suite 650
Oakland, CA 94607-3627

Counsel for Defendant
JOHN MARK FELDER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JOHN MARK FELDER <br> Defendant. | No. CR 04-40144-SBA <br><br> [PROPOSED] ORDER TO CONTINUE STATUS HEARING |

**ORDER**

Based on the reasons provided in the stipulation of the parties above, IT IS HEREBY ORDERED THAT the STATUS ON REVOCATION hearing date of May 10, 2011 be continued to June 7, 2011 at 10:00 a.m.

IT IS SO ORDERED.

5/9/11
Date

Honorable Saundra Brown Armstrong
United States District Judge

- 1 -