1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone:  (510) 637-3500
5
   Counsel for Defendant Felder
6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   No.    CR 11-00153-SBA
                                       )          CR 04-40144-SBA
12                   Plaintiff,        )
                                       )   AMENDED  ORDER OF CONTINUANCE
13  vs.                                )   AND EXCLUSION OF TIME UNDER THE
                                       )   SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET
14  JOHN MARK FELDER,                  )   SEQ.
                                       )
15                   Defendant.        )
    _____)
16

17                              **ORDER**

18       Based on the reasons provided in the stipulation of the parties above, the court hereby

19  FINDS:

20       1.  The ends of justice served by the granting of the continuance from the date of this

21  Order until January 18, 2012 outweigh the best interests of the public and the defendant in a

22  speedy and public trial because time is needed by the parties for participation in the Presentence

23  Investigation.

24       2.  The proposed plea agreement has been submitted to the court and will be under

25  advisement by the Court.

26       3.  Given the preparation of counsel and the Court's consideration of the proposed plea

                                        1

agreement, additional time is needed for effective preparation of counsel and consideration of the plea agreement by the court.

Based on these findings, IT IS HEREBY ORDERED that time be excluded under the speedy trial act, 18 U.S.C. §§ 3161(h)(1)(G) and 3161(h) (7)(A) and (B)(iv) from the date of this Order until January 18, 2012.

IT IS FURTHER ORDERED that a CHANGE OF PLEA/FINAL REVOCATION AND SENTENCING HEARING be scheduled for January 18, 2012 at 10:00 a.m., before the Honorable Saundra Brown Armstrong.

DATED:10/25/11

_____
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE